

# NUMBER 13-13-00214-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EDWARD LEE JAYCOX,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

### On appeal from the 24th District Court
### of Calhoun County, Texas.

## ORDER OF ABATEMENT

Appellant's counsel, David Alan Disher, has filed a motion requesting to withdraw as counsel. According to his motion to withdraw, a conflict of interest has occurred between him and his client and he has no recourse but to file a motion to withdraw. Both parties have filed briefs in this matter.

Adequate reason for the discharge of counsel and appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255

(Tex. App.—Houston [1st Dist.] 2004, pet. ref'd).   In those circumstances where the appointment of substitute counsel may be necessary, an appellate court, when faced with a motion to withdraw, should abate the proceeding to the trial court for determination of this issue.   Accordingly, we ABATE the appeal and REMAND the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether appellant's court-appointed attorney should remain as appellant's counsel; and, if not, whether appellant is entitled to new appointed counsel.   If the trial court determines that there is no reason to discharge appellant's current appointed attorney and appoint substitute counsel, the court shall enter an order to that effect.   If the trial court determines that new counsel should be appointed, the name, address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel.   The trial court shall further cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of ten days from the date of this order.

It is so ordered.

_____
PER CURIAM

Do Not Publish.   TEX. R. APP. P. 47.2.

Delivered and filed the
19th day of June, 2014.